**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26141-LEIBOWITZ**

**ABEL MORALES ZUAZO**,

*Petitioner*,

*v.*

**WARDEN, KROME NORTH SERVICE PROCESSING CENTER, *et al.***,

*Respondents.*
_____________________________________________/

**ORDER**

The Court held a status conference in this case on September 17, 2026, at which counsel for the parties was present. [*See* ECF No. 11]. The Court made rulings at the hearing which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition **[ECF No. 1]** is **GRANTED IN PART**. *See Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258, 1276 (11th Cir. 2026) ("§ 1225 applies to arriving aliens seeking entry at the border, whereas § 1226 applies to aliens unlawfully in the interior."); *Sylvaince v. Warden, Miami Fed. Det. Ctr.*, 2026 WL 2568522, at *3 (S.D. Fla. Aug. 31, 2026) (Ruiz, J.) (holding parolee whose parole expired was detained under § 1226); *see also Zaga Tawil v. Cardinal*, 2026 WL 2198539, at *5 n.2 (S.D. Fla. July 30, 2026) (Bloom, J.) (citing cases).

2. **No later than September 22, 2026**, Respondent shall either afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a), or release Petitioner from custody.

3. **Within 48 hours of the conclusion of the bond hearing**, to the extent one is held, Respondent shall file a status report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

4. As stated on the record and pursuant to the Government's request and to accommodate upcoming hearing(s) in the removal proceedings against Petitioner, the administrative stay of removal proceedings entered in the Court's Order in Habeas Cases Seeking Relief Pursuant to 8 U.S.C. § 1226(a), [ECF No. 5 at 3 ¶ 1], is hereby **LIFTED**. For the avoidance of any doubt or confusion, **the Court continues to STAY any removal or transfer of Petitioner** during the pendency of these proceedings until further Order of this Court.

5. The Court expressly does not reach the merits of the remaining claims in the Petition. "Should Respondent[] fail to comply with this Order by providing Petitioner a bond hearing, Petitioner may renew [these claims]." *Sylvaince*, 2026 WL 2568522, at *3 (quoting *Puga v. Assistant Field Off. Dir., Krome N. Serv. Processing Ctr.*, 2025 WL 2938369, at *6 (S.D. Fla. Oct. 15, 2025) (first alteration added).

**DONE AND ORDERED** in the Southern District of Florida on September 17, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record