**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26141-LEIBOWITZ**

**ABEL MORALES ZUAZO,**

*Petitioner*,

*v.*

**WARDEN, KROME NORTH SERVICE PROCESSING CENTER, *et al.*,**

*Respondents.*
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Petitioner's Notice of Voluntary Dismissal Without Prejudice [ECF No. 18], filed October 23, 2026. Petitioner informs the Court that he has become a lawful permanent resident and requests that the Court dismiss this action. [*Id.* at 1]; *see U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." (internal quotation marks omitted)). Accordingly, it is **ORDERED AND ADJUDGED** that the Petition **[ECF No. 1]** is **DISMISSED** as moot. The ***Clerk*** is *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 26, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record